# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Jeremy Hummel<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 3:25-mj-00192 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 4, 2025__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Depredation of government property (less than $1,000) |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security, Federal Protective Service Special Agent ▮▮▮▮

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

▮▮▮▮ Special Agent, FPS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __12:55__ a.m./p.m.

Date: 07/06/2025

*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

3:25-mj-00192

DISTRICT OF OREGON: ss,                              AFFIDAVIT OF ▮▮▮▮▮▮▮▮

**Affidavit in Support of a Criminal Complaint**

I, ▮▮▮▮▮▮▮▮ being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1.  I am a Special Agent (SA) with the Department of Homeland Security, Federal Protective Service (FPS) and have been so employed since ▮▮▮▮. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and I am authorized by law to conduct investigations and to make arrests for felony offenses. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program (CITP) and the Federal Law Enforcement Training Center's Uniform Police Training Program (UPTP) Basic Course. I have also attended numerous classes, seminars, and training on topics involving Advance Interviewing, Defense Tactics, and Crime Scene evidence. I am authorized and assigned to investigate violations of federal laws, including assaults, threat, theft or destruction of government property.

2.  During my tenure as a federal law enforcement officer, I have investigated and/or participated in investigations of felony theft, threats, assaults and drug related crimes on federal property. I have also acquired knowledge and information about the various ways individuals commit, or attempt to commit, violent crimes against federal employees and damage property,

from formal and informal training, other law enforcement officers and investigators, individuals I have interviewed, and from my participation in other investigations.

## Purpose of Affidavit

3.  This affidavit is submitted to support a criminal complaint and arrest warrant for Jeremy Hummel (**HUMMEL**), an adult male, date of birth, ▮▮▮▮ (hereinafter referred to as "**HUMMEL**"), for committing the crime of depredation of government property (less than $1,000), in violation of 18 U.S.C. § 1361.

4.  The facts set forth in this affidavit are based on my own personal knowledge, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint and an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Law

5.  Title 18, United States Code, Section 1361 makes it an offense to willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof, or to attempt to commit any of the foregoing offenses.

//
//

**Affidavit of Special Agent** ▮▮▮▮                                                                                   Page 2

**Summary of Probable Cause**

6.      Since early June 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) Portland Field Office, located at 4310 S. Macadam Avenue, in Portland, Oregon (hereinafter, ICE building). Law enforcement has taken steps to investigate crimes involving damage to property, injury, and/or threats of injury, and other federal offenses, that have occurred during protests.

7.      On July 4, 2025, people gathered outside the ICE building in Portland, Oregon, to protest. Law enforcement guarded the building to protect it from property damage. On July 4, 2025, around 8:41 PM PDT, ICE Enforcement Removal Officer (ERO) ▬▬▬ observed an individual, later identified as the defendant, **HUMMEL**, vandalizing the ICE facility, near the key card reader in the driveway of the facility. ▬▬▬ stated that he (▬▬▬) was located on the roof and had a clear line of sight to view. ▬▬▬ described **HUMMEL** as wearing a black face mask, grey backpack, black pants, black shoes with white laces, and a respirator around **HUMMEL'S** neck. ▬▬▬ used his non-lethal pepper ball spray in the area around **HUMMEL** spray painting on the side of the facility, to deter him from painting the building. ▬▬▬ then lost sight of **HUMMEL** in the crowd. However, ▬▬▬ canvassed the area from the roof and was subsequently able to identify **HUMMEL** in the crowd outside the ICE building. **HUMMEL** was across the street from the ICE building, on the northwest side of the intersection of Moody Avenue and Bancroft Street. ▬▬▬ reported **HUMMEL**'s location to law enforcement teams on the ground, who then arrested **HUMMEL**, as described further below.

8.      I was contacted to investigate this crime, and I reviewed CCTV surveillance footage of this incident. The footage shows an individual (referred to herein as **HUMMEL**) come

**Affidavit of Special Agent** ▬▬▬                                                              **Page 3**

into view on the camera at approximately 8:41:42 PM PDT. Using a canister of spray paint, **HUMMEL** spray-painted the side of the facility near the card reader. While **HUMMEL** was spraying the facility, there were clouds of dust-like material that came from the facility. It appeared that other officers deployed pepper balls (a pepper spray projectile used as a crowd dispersal technique) to deter **HUMMEL** from continuing to vandalize the facility. **HUMMEL** exited the camera view at approximately 8:41:48 PM PDT (roughly six seconds later), while holding up his middle finger.

9. A photograph of the suspect (identified as **HUMMEL**) with the canister of spray paint is shown below (left), and a photograph of the property damage to the ICE building due to the spray paint described above is shown below (right). The black spray paint on the building reads, "PIGS WE GOT THE GUILLOTINE."



10. Multiple people were dressed in black during the time period of this incident. However, investigators were able to identify **HUMMEL** as the person who vandalized the building based on distinctive features in his clothing and physical appearance. For example, **HUMMEL** was arrested wearing shoes that are consistent with the suspect's shoes (dark-colored

Converse shoes with white laces, white soles, and a white toe). **HUMMEL** also had black pants, a black shirt, a black balaclava, and a grey backpack. **HUMMEL**'s physical stature was also consistent with the suspect's.

11. I interviewed ICE Enforcement Removal Officer (ERO) Agent ▇▇▇. Agent ▇▇▇ stated that he used a still photo of the suspect wearing black pants, a gray backpack, and black and white Converse (Chuck Taylor) to properly identify **HUMMEL** as the suspect. Agent ▇▇▇ stated that he identified **HUMMEL** standing on a property near the driveway of the facility, and subsequently arrested him. Agent ▇▇▇ was in the driveway of the ICE facility, facing Bancroft Street, when he observed **HUMMEL**. During the arrest of **HUMMEL**, a scuffle ensued, and **HUMMEL** resisted by pushing Agent ▇▇▇, resulting in a small injury to Agent ▇▇▇'s left elbow.[1]

12. I interviewed ICE Enforcement Removal Officer (ERO) Agent ▇▇▇, whose statement was consistent with Agent ▇▇▇'s. Agent ▇▇▇ stated that he was able to identify **HUMMEL** by reviewing a still shot of the suspect. Agent ▇▇▇ was also standing in the driveway of the ICE building when he observed **HUMMEL**.

13. **HUMMEL** was searched incident to arrest, and officers recovered a Glock (43X bearing serial number BYXE179) handgun (from his waistband), spray paint, and a smoke canister (from his backpack). One of the spray cans recovered contained white paint, and the other had black spray paint (the same color as the paint used on the building). The black spray paint can had black residue, indicating that it was used. An investigator confirmed that the smoke canister from **HUMMEL'S** bag belongs to ICE and has since been returned. When asked if he had anything on

---

[1] This incident is still being investigated. No assault charges are being filed at this time.

**Affidavit of Special Agent** ▇▇▇                                                                      **Page 5**

his person that could hurt officers (prior to being searched incident to arrest), **HUMMEL** stated, "Yes, and I can carry it legally." **HUMMEL**'s weapon was seized from his waistband, and investigators confirmed that **HUMMEL** has a concealed carry permit. **HUMMEL** also had two sets of goggles and a respirator filter (but no respirator) at the time of his arrest.

14. **HUMMEL** was advised of his Miranda rights and agreed to be interviewed. During the interview, he denied vandalizing the ICE building. After being shown photos of the person vandalizing the building, **HUMMEL** stated that it could be anyone. When asked about the smoke canister, **HUMMEL** said he found it on the street and was collecting it as evidence.

15. **HUMMEL** said that he carries his firearm for protection and never leaves home without it. **HUMMEL** said he did not hand his weapon to anyone during the protest. **HUMMEL** was asked whether he committed a crime, and **HUMMEL** immediately answered that all he has been during is exercising his first amendment right to protest. When asked about the spray paint found in his possession, he replied, "I'm sure a lot of people have spray paint." An investigator asked **HUMMEL** why he brought spray paint to a protest, and **HUMMEL** did not respond verbally, but instead shrugged his shoulders.

## Conclusion

16. Based on the foregoing, I have probable cause to believe, and I do believe, that **HUMMEL** has committed the crime of depredation of government property (less than $1,000), in violation of 18 U.S.C. § 1361. I therefore request that the Court issue a criminal complaint and arrest warrant for **HUMMEL.**

17. Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney ▮▮▮▮▮ AUSA ▮▮▮▮▮ advised me that in her opinion the affidavit and complaint are legally and factually

sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed R. Crim. P. 4.1*

███████████ / Special Agent
Department of Homeland Security,
Federal Protective Service

Subscribed and sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __12:55 pm__ on July __6__ 2025.

_____
HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

**Affidavit of Special Agent** ███████████                                                       Page 7